# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2026
_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| John Gregory Lambros, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:   June 25, 2002

Filed:   July 1, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

John Gregory Lambros appeals the district court's[1] denial of his motion under Federal Rule of Civil Procedure 60(b)(6).  For the reasons stated by the district court, the judgment is affirmed.  See 8th Cir. R. 47B.

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.